**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 11-40446

_____

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 13, 2012

Lyle W. Cayce
Clerk

ACS RECOVERY SERVICES, INC.; FKI INDUSTRIES, INC.,

Plaintiffs - Appellants

vs.

LARRY GRIFFIN; WILLIE EARL GRIFFIN; LARRY GRIFFIN SPECIAL NEEDS TRUST; JUDITH GRIFFIN,

Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Texas, Tyler

_____

ON PETITIONS FOR REHEARING AND REHEARING EN BANC

(Opinion April 2, 2012, 5 Cir., 2012, 676 F.3d 512)

Before JONES, Chief Judge, JOLLY, DAVIS, SMITH, GARZA, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES and HIGGINSON, Circuit Judges.[1]

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

_____

[1]Judge King did not participate